# EXHIBIT A

In re:

UNIVERSAL HEALTH CARE GROUP, INC.,    Case No. 8:13-bk-01520-KRM
Chapter 11

    Debtor.

_____/

SONEET R. KAPILA, as CHAPTER 11
TRUSTEE OF UNIVERSAL
HEALTH CARE GROUP, INC.,

    Plaintiff,

vs.    Adv. Proc. 8:13-ap-00402-KRM

UNIVERSAL HEALTH CARE GROUP
CHARITABLE FOUNDATION and
UNIVERSAL HEALTH CARE GROUP, INC.
PAC,

    Defendants.

_____/


**AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT FINAL
JUDGMENT AGAINST DEFENDANTS**

STATE OF FLORIDA      )
               )
COUNTY OF HILLSBOROUGH    )

    SONEET R. KAPILA, being duly sworn, deposes and says:

    1.    I am the Chapter 11 Trustee (the "Trustee") of the estate of Universal Health Care Group, Inc. (the "Debtor").

    2.    I respectfully submit this Affidavit in support of my Motion for Entry of Default Final Judgment Against Defendants.

3.      I make this affidavit based upon information I derived from the books and records of the Debtor that were kept in the regular course of its business and that are consistent with the regularly conducted activities that are a part of my responsibilities for the Debtor.

4.      If called upon to testify, I could and would competently testify of my own personal knowledge as to the truth of the following facts:

5.      Debtor is a Delaware corporation headquartered in St. Petersburg Florida. The Debtor is a holding company formed in 2006 to provide health insurance and managed care products through wholly-owned operating subsidiaries, including *inter alia*: (i) Universal Health Care, Inc. ("UCH"); (ii) Universal Health Care Insurance Company, Inc. ("UHCIC"); and (iii) American Managed Care, LLC ("AMC").

6.      The Universal Health Care Group Charitable Foundation (the "Foundation") is an entity that was incorporated by the Debtor and its principals, Akshay Desai, Sandip Patel, and Jeff Ludy, to form a non-profit organization for charitable purposes.

7.      The Universal Health Care Group, Inc. PAC (the "PAC") is an entity that was established by the Debtor to form a non-profit organization for exempt function activities.

8.      The Foundation was funded with monies of the Debtor, UCH, UHCIC, and AMC through certain deposits in total of $100,000.00. A check register of the Foundation is attached to the Complaint for Declaratory Judgment, Injunctive Relief and Substantive Consolidation (the "Complaint") (Doc. No. 1) as Exhibit "A."

9.      The Foundation is an alter ego of the Debtor.

10.     The PAC is an alter ego of the Debtor.

11.     At all times material and pertinent to the Complaint, the Foundation and the PAC (collectively, the "Defendants") were insiders within the meaning of 11 U.S.C. § 101(31).

2

12. Upon information and belief the Foundation has a bank account with BankUnited bearing account #9852643330 (the "Foundation Account").

13. Upon information and belief, as of March 8, 2013, the Foundation Account had the sum of $75,194.00. A demonstrative of the funds in the Foundation Account is attached to the Complaint as Exhibit "B."

14. The Trustee continues to conduct his due diligence regarding the PAC and upon information and belief, asserts that accounts most likely exist in the name of the PAC.

15. On May 13, 2013, I filed my Complaint (Doc. No. 1).

16. On July 26, 2013, the Clerk of the Court entered a Default against Defendants (Doc. No. 22).

FURTHER AFFIANT SAYETH NAUGHT.

_____
Soneet R. Kapila, Chapter 11 Trustee of
Universal Health Care Group, Inc.

Dated: _July 29_, 2013

STATE OF FLORIDA          )
                          )
COUNTY OF HILLSBOROUGH    )

The foregoing Affidavit in Support of Motion for Entry of Default Final Judgment Against Defendants was acknowledged before this 29th day of _July_, 2013, by SONEET R. KAPILA, Chapter 11 Trustee of Universal Health Care Group, Inc., who is personally known to me (or who has produced _____ as identification) and who did take an oath.

(SEAL)

_____
Notary Public   exp. 05/02/16

JESSY FOLLMAN
MY COMMISSION # EE 194760
EXPIRES: May 2, 2016
Bonded Thru Budget Notary Services

3